**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOELLE SKAF,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 1:25-cv-06029-JMF |

**NOTICE OF DEFENDANT GOOGLE LLC'S**
**PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Google LLC's Partial Motion to Dismiss Plaintiff's Complaint, dated October 8, 2025; the Declaration of Wendy C. Butler in Support of Defendant Google LLC's Partial Motion to Dismiss Plaintiff's Complaint and exhibits attached thereto; and upon all papers and proceedings previously had herein, Defendant Google LLC ("Google"), by and through its undersigned counsel, moves this Court before the Honorable Jesse M. Furman, United States District Court Judge, Southern District of New York, at the United States Courthouse, 40 Centre Street, Room 2202, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Counts 1–12, 14–18, and 20–24 of the Complaint (Dkt. 5), each with prejudice.

| | |
|---|---|
| Dated: October 8, 2025<br>　　　New York, New York | Respectfully submitted,<br><br>*/s/ Wendy C. Butler*<br>Wendy C. Butler<br>Logan S. Kotler<br>JONES DAY<br>250 Vesey Street<br>New York, NY  10281<br>Telephone: (212) 326-7822<br>Facsimile: (212) 755-7306<br>wbutler@jonesday.com<br>lkotler@jonesday.com<br><br>*Attorneys for Defendant*<br>*Google LLC* |