UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                      :

JOELLE SKAF,                                  :

                    Plaintiff,           :               25-CV-6029 (JMF)

       -v-                           :                 ORDER

                                  :

GOOGLE, LLC,                            :

                  Defendant.       :

                                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* ECF No. 27, Defendant's earlier motion to dismiss filed at ECF No. 19 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **December 30, 2025**.  Defendant's reply, if any, is due by **January 9, 2026**.

      The Clerk of Court is directed to terminate Docket No. 19.

      SO ORDERED.

Dated: December 11, 2025
      New York, New York                             JESSE M. FURMAN
                                         United States District Judge