**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

______________________________________x

**JOELLE SKAF,**

**Plaintiff,**

**v.**

**GOOGLE, LLC,**

**Defendant.**

______________________________________x

**Index No.: 1:25-cv-06029-JMF**

**NOTICE OF MOTION**

**To: All Counsel of Record:**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff Joelle Skaf's motion to rehear and reconsider the Court's decision dismissing Plaintiff's Claim under NYLL 739, Plaintiff, by and through her counsel moves this Court before the Honorable Jesse M. Furman, United States District Court Judge, Southern District of New York, at the United States Courthouse, 40 Centre Street, Room 2202, to rehear and reconsider its July 29, 2026 ruling dismissing Plaintiff's Whistleblower Claim. This motion will come on for hearing at a time and date to be set by the Court.

Dated: August 12, 2026

Respectfully submitted,
JULIEN MRER & ASSOCIATES PLLC

______/s/__________

By: Jeanne Mirer
Ria Julien
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201

212 231 2235
jmirer@julienmirer.com
rjulen@julienmirer.com

Defendant shall file any opposition **no later than August 24, 2026.** No reply may be filed absent prior leave of Court.

SO ORDERED.

August 17, 2026