UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JOELLE SKAF,

Plaintiff,

-v-

GOOGLE, LLC,

Defendant.

---------------------------------------------------------------------X

25-CV-6029 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The parties are informed that the Civil Case Management Plan and Scheduling Order entered on September 4, 2026, *see* ECF No. 50, erroneously referred to two dates. The initial pretrial conference scheduled for **September 10, 2026, at 9:00 a.m.**, *see* ECF No. 35, is hereby CANCELED. The next pretrial conference is scheduled for **February 11, 2027, at 3:00 p.m.** Parties are instructed to disregard the Court's previous reference to the initial pretrial conference date and the next pretrial conference date at ECF No. 50, at 7-8.

SO ORDERED.

Dated: September 9, 2026
New York, New York

JESSE M. FURMAN
United States District Judge